## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Propel Charter Schools,                  :
                  Petitioner     :
                                :
          v.                   :          No. 1210 C.D. 2020
                                :
School District of Pittsburgh            :
(State Charter School Appeal Board),     :
                Respondent     :


**PER CURIAM**                    **O R D E R**


NOW, January 12, 2022, upon consideration of Petitioner's application for reargument, the application is denied.